HENRY S. FLEMING and Others v. ROBERT WILSON JACKSON.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

CATHERINE A. GILLESPIE v. LILLIAN GLASS.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WENDELL P. BARKER v. LEWIS H. GREVE, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NEW GEORGIA NATIONAL BANK OF ALBANY, GEORGIA, v. J. & G. LIPPMANN, a New York Corporation, Impleaded with L. J. LIPPMANN, Individually, etc.— Motion granted; question certified. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOSEPH E. STEARNS v. STOLLWERCK CHOCOLATE COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

FAERBER, SILBERMAN & CO., INC., v. JAMES AUERBACH.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL B. SCHWEITZER v. MAX MINDLIN.— Motion for leave to appeal to the Court of Appeals granted; question certified. Motion for reargument denied. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

CHARLES J. ROGERS v. ALEXANDER W. THOMSON and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ALEXANDER HELLER v. CHARLES E. POPE and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JULIA DEITEL, as Administratrix, etc., of LOUIS DEITEL, Deceased, v. JULIUS GINSLER and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES I. GOLDMAN, as Treasurer, etc., v. JOSEPH COHEN and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HYMAN H. GOLDBERG v. ARTHUR BLANK and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDITH DORNBUSCH v. WILLIAM F. DORNBUSCH.— Motion denied as unnecessary. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Petition of ROPES, GRAY, BOYDEN & PERKINS.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. AUGUST BISCHOFF.— Motion granted and the time of the appellant in which to procure the record on appeal and the appellant's points to be filed extended to and including March 6, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDWARD WISSLER, an Infant, etc., v. STANDARD ARCH COMPANY.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NINA ROMANOS v. PUBLIC PRESS CORPORATION.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.